9:44 AM
10/19/10
Accrual Basis

# Autumn Park Apartments
## Profit & Loss YTD Comparison
### September 2010

| | Sep 10 | Jan - Sep 10 |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
|   5100T · Total Rent Revenue | | |
|     5120 · Rent Revenue-Gross Potential | 44,826.00 | 404,056.00 |
|   Total 5100T · Total Rent Revenue | 44,826.00 | 404,056.00 |
|   5200T · Total Vacancies | | |
|     5220 · Vacancy Loss | -10,336.00 | -47,432.00 |
|     5250 · Rental Concessions | -100.00 | -1,062.34 |
|   Total 5200T · Total Vacancies | -10,436.00 | -48,494.34 |
|   5900T · Total Other Revenue | | |
|     5910 · Laundry and Vending Revenue | 265.38 | 2,611.39 |
|     5920 · NSF & Late Charges | 1,240.00 | 13,805.00 |
|     5930 · Damages, Cleaning & Exter | 264.00 | 1,829.00 |
|     5940 · Forfeited Security Deposits | 2,149.00 | 6,444.00 |
|     5960 · Water Utility Revenue | 1,595.00 | 15,617.00 |
|     5970 · Electric Utility Revenue | 4,517.69 | 35,603.82 |
|     5990 · Application Fee Income | 0.00 | 425.00 |
|   Total 5900T · Total Other Revenue | 10,031.07 | 76,335.21 |
| **Total Income** | 44,421.07 | 431,896.87 |
| **Expense** | | |
|   6263T · Total Administrative Expenses | | |
|     6203 · Conventions and Meetings | 0.00 | 175.00 |
|     6204 · Management Consultants | 0.00 | 3,850.00 |
|     6311 · Office Expenses | 1,136.15 | 8,696.88 |
|     6312 · Office or Model Apartment Rent | 400.00 | 2,400.00 |
|     6320 · Management Fee | 2,370.17 | 20,034.01 |
|     6330 · Manager Salaries | 2,255.50 | 20,200.05 |
|     6331 · Administrative Rent Free Unit | 0.00 | 800.00 |
|     6340 · Legal Expense--Project | -819.00 | 0.00 |
|     6351 · Bookkeeping Fees/Acctg Srvcs | 150.00 | 1,400.00 |
|     6370 · Bad Debts | 3,284.61 | 16,295.06 |
|     6391 · Bank Service Charges | 0.00 | 1,307.50 |
|     6393 · Dues & Subscriptions | 0.00 | 1,644.26 |
|     6394 · Credit Reports | 0.00 | 425.90 |
|   Total 6263T · Total Administrative Expenses | 8,777.43 | 77,228.66 |
|   6400T · Total Utilities Expense | | |
|     6450 · Electricity | 15,425.37 | 62,547.27 |
|     6451 · Water & Sewer | 5,684.56 | 46,393.29 |
|   Total 6400T · Total Utilities Expense | 21,109.93 | 108,940.56 |
|   6500T · Total Operating & Maint Exps | | |
|     6510 · Payroll - Maintenance | 2,598.40 | 34,527.23 |
|     6511 · Payroll - Maintenance OT | 455.18 | 791.74 |
|     6515 · Supplies | 1,517.67 | 15,112.75 |
|     6520 · Contract Labor | 520.03 | 5,286.66 |
|     6521 · Oper. & Maint. Rent Free Unit | 800.00 | 7,600.00 |
|     6523 · Carpet Cleaning & Repairs | 0.00 | 1,097.59 |
|     6525 · Garbage and Trash Removal | 887.75 | 7,828.59 |
|     6527 · Grounds Contract | 871.93 | 7,847.37 |
|     6546 · HVAC Repairs Maintenance | 107.90 | 4,825.20 |
|     6592 · Replace HVAC | 0.00 | 4,286.62 |
|     6593 · Replace Flooring | 0.00 | 1,988.13 |
|     6595 · Replace Appliances | 0.00 | 5,265.63 |
|   Total 6500T · Total Operating & Maint Exps | 7,758.86 | 96,457.51 |
|   6700T · Total Taxes & Insurance | | |
|     6710 · Real Estate Taxes | 730.51 | 849.44 |
|     6711 · Payroll Taxes, Project's Share | 0.00 | 9,106.48 |
|     6722 · Workman's Compensation | 0.00 | 1,345.00 |
|     6790 · Misc. Taxes, Lic., Permits, Ins | 0.00 | 607.00 |

# Autumn Park Apartments
## Profit & Loss YTD Comparison
### September 2010

|  | Sep 10 | Jan - Sep 10 |
|---|---:|---:|
| Total 6700T · Total Taxes & Insurance | 730.51 | 11,907.92 |
| 6800T · Total Financial Expenses |  |  |
|   6820 · Interest on Mortgage Payable | 6,613.65 | 59,522.85 |
| Total 6800T · Total Financial Expenses | 6,613.65 | 59,522.85 |
| **Total Expense** | 44,990.38 | 354,057.50 |
| **Net Ordinary Income** | -569.31 | 77,839.37 |
| **Net Income** | -569.31 | 77,839.37 |