**UNITED STATES BANKRUPTCY COURT**

**MOR-1**

| | |
|---|---|
| CASE NAME: | D'AUR PROPERTIES, LLC |
| CASE NUMBER: | 10-39034-45-11 |
| PROPOSED PLAN DATE: | 5/15/2011 |

| | |
|---|---|
| PETITION DATE: | 10/4/10 10:29 |
| DISTRICT OF TEXAS: | SOUTHERN |
| DIVISION: | HOUSTON |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH OCTOBER YEAR 2010

| | MONTH | | |
|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | CIRCLE ONE |
|---|---|
| Are all accounts receivable being collected within terms? | **Yes** No |
| Are all post-petition liabilities, including taxes, being paid within terms? | **Yes** No |
| Have any pre-petition liabilities been paid? | Yes **No** |
| If so, describe | |
| Are all funds received being deposited into DIP bank accounts? | **Yes** No |
| Were any assets disposed of outside the normal course of business? | Yes **No** |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | **Yes** No |
| What is the status of your Plan of Reorganization? | |

| REQUIRED INSURANCE MAINTAINED | | EXP. |
|---|---|---|
| AS OF SIGNATURE DATE | | DATE |
| CASUALTY | YES (X) NO ( ) | 01-01-2011 |
| LIABILITY | YES (X) NO ( ) | 01-01-2011 |
| VEHICLE N/A | YES ( ) NO (X) | |
| WORKER'S | YES (X) NO ( ) | 01-01-2011 |
| OTHER | YES (X) NO ( ) | 01-01-2011 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _Walden Davis Jr._ TITLE: Debtor
            (ORIGINAL SIGNATURE)
WALDEN DAVIS, JR.                         04-07-2011
(PRINT NAME OF SIGNATORY)                 DATE       Revised 07/01/98

| | |
|---|---|
| ATTORNEY NAME: | CALVIN BRAUN |
| FIRM NAME: | ORLANDO & BRAUN |
| ADDRESS: | 3401 ALLEN PARKWAY |
| | SUITE 101 |
| CITY, STATE, ZIP: | HOUSTON, TEXAS 77019 |
| TELEPHONE/FAX: | 713-521-0800 / 713-521-0842 |

**MOR-1**

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 10/4/10 0:00 | MONTH 10/31/10 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | 0.00 | 508.75 | | | | | | |
| Accounts Receivable, Net | 0.00 | 8,987.00 | | | | | | |
| Inventory: Lower of Cost or Market | 7,500.00 | 7,500.00 | | | | | | |
| Prepaid Expenses | 1,140.00 | 1,140.00 | | | | | | |
| Investments | 0.00 | 0.00 | | | | | | |
| Other | | | | | | | | |
| TOTAL CURRENT ASSETS | 8,640.00 | 18,135.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 2,615,000.00 | 2,615,000.00 | | | | | | |
| Less Accumulated Depreciation | | | | | | | | |
| NET BOOK VALUE OF PP & E | 2,615,000.00 | 2,615,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | | | | | | |
| 3. Electric Deposit | 11,000.00 | 11,000.00 | | | | | | |
| 4. | | | | | | | | |
| TOTAL ASSETS | $2,634,640.00 | $2,644,135.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 10/4/10 0:00 | MONTH 10/31/10 0:00 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 0.00 | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 1,301,670.36 | 1,301,670.36 | | | | | |
| Priority Debt | 0.00 | 0.00 | | | | | |
| Federal Income Tax | 0.00 | | | | | | |
| FICA/Withholding | 0.00 | 94.60 | | | | | |
| Unsecured Debt | 14,339.94 | | | | | | |
| Other: Accured Interest & Property Taxes | | 9,802.87 | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | 1,316,010.30 | 1,311,567.83 | | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 1,316,010.30 | 1,311,567.83 | | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | | | | | |
| COMMON STOCK | 0.00 | 0.00 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | | | | | |
| RETAINED EARNINGS: Filing Date | 1,318,629.70 | 1,332,059.17 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 508.75 | 508.75 | 508.75 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,318,629.70 | 1,332,567.92 | 508.75 | 508.75 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $2,634,640.00 | $2,644,135.75 | $508.75 | $508.75 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>10-31-201 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 94.60 | | | | | |
| State Payroll Taxes | 0.00 | | | | | |
| Ad Valorem Taxes | 0.00 | | | | | |
| Other Taxes    Real Estate | 3,189.22 | | | | | |
| TOTAL TAXES PAYABLE | 3,283.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 1,301,670.36 | | | | | |
| ACCRUED INTEREST PAYABLE | 6,613.65 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | | | | | |
| OTHER  ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $1,311,567.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## AGING OF POST-PETITION LIABILITIES
MONTH Oct-10

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 12,549.50 | 12,549.50 | 0.00 | 0.00 | 0.00 | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $12,549.50 | $12,549.50 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Oct-10 | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | 1,790.44 | | | | |
| 31-60 DAYS | | | | | |
| 61-90 DAYS | | | | | |
| 91+ DAYS | | | | | |
| TOTAL | $1,790.44 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## STATEMENT OF INCOME (LOSS)

| | MONTH Oct-10 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 32,705.20 | | | | | | 32,705.20 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 32,705.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,705.20 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 8,500.12 | | | | | | 8,500.12 |
| Insiders Compensation | 0.00 | | | | | | 0.00 |
| Professional Fees | 0.00 | | | | | | 0.00 |
| Other: Repairs, Maintenance, Contract Labor | 15,506.78 | | | | | | 15,506.78 |
| Other: Utilities (Water, Sewer, Waste Mgmt. | 8,189.55 | | | | | | 8,189.55 |
| TOTAL OPERATING EXPENSES | 32,196.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,196.45 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 508.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 508.75 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR. & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 508.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 508.75 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $508.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $508.75 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Oct-10 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE 10-31-2010 |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $508.75 | $508.75 | $508.75 | $508.75 | $508.75 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 24,885.40 | | | | | | 24,885.40 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | 7,819.80 | | | | | | 7,819.80 |
| TOTAL RECEIPTS** | 32,705.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,705.20 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 3,774.23 | | | | | | 3,774.23 |
| 8. PAYROLL TAXES PAID | 94.60 | | | | | | 94.60 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 8,189.55 | | | | | | 8,189.55 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 15,506.78 | | | | | | 15,506.78 |
| 17. ADMINISTRATIVE & SELLING | 4,631.29 | | | | | | 4,631.29 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 32,196.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,196.45 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 32,196.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32,196.45 |
| 22. NET CASH FLOW | 508.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 508.75 |
| 23. CASH - END OF MONTH (MOR-2) | $508.75 | $508.75 | $508.75 | $508.75 | $508.75 | $508.75 | $508.75 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF Oct-10

| BANK NAME | CHASE | # | | # | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 854580865 | | | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | | TOTAL |
| BANK BALANCE | 508.75 | | | | | $508.75 |
| DEPOSITS IN TRANSIT | 0.00 | | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $508.75 | $0.00 | $0.00 | $0.00 | | $508.75 |
| BEGINNING CASH - PER BOOKS | 0.00 | | | | | |
| RECEIPTS* | 32,705.20 | | | | | $32,705.20 |
| TRANSFERS BETWEEN ACCOUNTS (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0 0.00 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | -32,196.75 | | | | | ($32,196.75) |
| ENDING CASH - PER BOOKS | $508.45 | $0.00 | $0.00 | $0.00 | | $508.45 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Oct-10 | MONTH | MONTH | MONTH | MONTH | |
|---|---|---|---|---|---|---|
| 1. NONE | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Oct-10 | MONTH | MONTH | MONTH | MONTH | |
|---|---|---|---|---|---|---|
| 1. NONE | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*