MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11
PROPOSED PLAN DATE: 5/15/2011

PETITION DATE: 10/4/2010 10:29
DISTRICT OF TEXAS: SOUTHERN
DIVISION: HOUSTON

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH DECEMBER          YEAR 2010

| MONTH | Oct-10 | 30-Nov-10 | 12/31/2010 | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 32,705.20 | 51,891.85 | 43,934.48 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 508.75 | 16,335.22 | 13,187.44 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 508.75 | 3,558.50 | 410.72 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 32,196.45 | 48,333.35 | 43,523.76 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | CIRCLE ONE |
|---|---|---|
| Are all accounts receivable being collected within terms? | | Yes No |
| Are all post-petition liabilities, including taxes, being paid within terms? | | Yes No |
| Have any pre-petition liabilities been paid? | | Yes No |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | | Yes No |
| Were any assets disposed of outside the normal course of business? | | Yes No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | Yes No |
| What is the status of your Plan of Reorganization? | | |

| REQUIRED INSURANCE MAINTAINED | | EXP. |
|---|---|---|
| AS OF SIGNATURE DATE | | DATE |
| CASUALTY | YES (X) NO ( ) | 01-01-2011 |
| LIABILITY | YES (X) NO ( ) | 01-01-2011 |
| VEHICLE N/A | YES ( ) NO (X) | |
| WORKER'S | YES (X) NO ( ) | 01-01-2011 |
| OTHER | YES (X) NO ( ) | 01-01-2011 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

ATTORNEY NAME: CALVIN BRAUN
FIRM NAME: ORLANDO & BRAUN
ADDRESS: 3401 ALLEN PARKWAY
SUITE 101
CITY, STATE, ZIP: HOUSTON, TEXAS 77019
TELEPHONE/FAX: 713-521-0800 / 713-521-0842

SIGNED: _Walden Davis Jr._   TITLE: Debtor
(ORIGINAL SIGNATURE)
WALDEN DAVIS, JR.    04-07-2011
(PRINT NAME OF SIGNATORY)    DATE

MOR-1                                                           Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 10/4/2010 0:00 | MONTH 10/31/2010 0:00 | MONTH 11/30/2010 0:00 | MONTH 12/31/2010 0:00 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 0.00 | 508.75 | 4,067.25 | 4,477.97 | | | |
| Accounts Receivable, Net | 0.00 | 8,987.00 | 2,561.15 | 1,665.67 | | | |
| Inventory: Lower of Cost or Market | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | | | |
| Prepaid Expenses | 1,140.00 | 1,140.00 | 1,140.00 | 1,140.00 | | | |
| Investments | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 8,640.00 | 18,135.75 | 15,268.40 | 14,783.64 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 2,615,000.00 | 2,615,000.00 | 2,615,000.00 | 2,615,000.00 | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 2,615,000.00 | 2,615,000.00 | 2,615,000.00 | 2,615,000.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | 3,189.22 | 4,622.76 | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 3. Electric Deposit | 11,000.00 | 11,000.00 | 11,000.00 | 11,000.00 | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $2,634,640.00 | $2,644,135.75 | $2,644,457.62 | $2,645,406.40 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 10/4/2010 0:00 | MONTH 10/31/2010 0:00 | MONTH 11/30/2010 0:00 | MONTH 12/31/2010 0:00 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 1,313,358.67 | 1,320,117.25 | 1,338,911.78 | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 1,301,670.36 | 0.00 | 0.00 | 0.00 | | | |
| Priority Debt | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Federal Income Tax | 0.00 | 0.00 | 295.00 | 543.00 | | | |
| FICA/Withholding | 0.00 | 94.60 | 395.11 | 900.54 | | | |
| Unsecured Debt | 14,339.94 | 14,339.94 | 15,978.25 | 15,501.10 | | | |
| Other: Accured Interest & Property Taxes | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 1,316,010.30 | 14,434.54 | 16,668.36 | 16,944.64 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 1,316,010.30 | 1,327,793.21 | 1,336,785.61 | 1,355,856.42 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| RETAINED EARNINGS: Filing Date | 1,318,629.70 | 1,315,833.58 | 1,303,282.68 | 1,285,072.21 | | | |
| RETAINED EARNINGS: Post Filing Date | | 508.75 | 4,067.25 | 4,477.97 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,318,629.70 | 1,316,342.33 | 1,307,349.93 | 1,289,550.18 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $2,634,640.00 | $2,644,135.54 | $2,644,135.54 | $2,645,406.60 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH<br>10-31-201 | MONTH<br>11/30/2010 | MONTH<br>12/31/2010 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | 1,790.84 | 1,790.84 | 19,091.90 | | | |
| **TAX PAYABLE** | | | | | | |
| Federal Payroll Taxes | 94.60 | 690.11 | 1,433.54 | | | |
| State Payroll Taxes | 0.00 | 0.00 | 0.00 | | | |
| Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | | | |
| Other Taxes   Real Estate | 3,189.22 | 3,189.22 | 3,939.26 | | | |
| TOTAL TAXES PAYABLE | 3,283.82 | 3,879.33 | 5,372.80 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 1,301,670.36 | 1,301,670.36 | 1,301,670.36 | | | |
| ACCRUED INTEREST PAYABLE | 6,613.65 | 6,706.46 | 6,706.46 | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | 0.00 | 0.00 | | | |
| **OTHER  ACCRUED LIABILITIES** | | | | | | |
| 1. Mortgage Escrow Payments to Secured Lienholder | | 6,070.26 | 6,070.26 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $1,313,358.67 | $1,320,117.25 | $1,338,911.78 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: DAUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

**AGING OF POST-PETITION LIABILITIES**
MONTH: Dec-10

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 6,542.40 | 1,169.60 | 1,433.54 | 0.00 | 3,189.22 | 750.04 |
| 31-60 | 0.00 | 1,782.00 | | | | |
| 61-90 | 12,549.50 | 12,549.50 | | | | |
| 91+ | 0.00 | 0.00 | | | | |
| TOTAL | $19,091.90 | $15,501.10 | $1,433.54 | $0.00 | $3,189.22 | $750.04 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 8,987.00 | 2,561.15 | 0.00 | | | |
| 31-60 DAYS | 0.00 | 4,875.67 | 0.00 | | | |
| 61-90 DAYS | 0.00 | | 1,665.67 | | | |
| 91+ DAYS | 0.00 | | | | | |
| TOTAL | $8,987.00 | $7,436.82 | $1,665.67 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## STATEMENT OF INCOME (LOSS)

| | MONTH Oct-10 | MONTH Nov-10 | MONTH Dec-10 | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 32,705.20 | 51,891.85 | 43,934.48 | | | | 128,531.53 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 32,705.20 | 51,891.85 | 43,934.48 | 0.00 | 0.00 | 0.00 | 128,531.53 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 8,500.12 | 18,143.64 | 14,418.24 | | | | 41,062.00 |
| Insiders Compensation | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| Other: Repairs, Maintenance, Contract Lab | 15,506.78 | 3,929.02 | 3,609.80 | | | | 23,045.60 |
| Other: Utilities (Water, Sewer, Waste Mgm | 8,189.55 | 13,483.97 | 12,719.00 | | | | 34,392.52 |
| TOTAL OPERATING EXPENSES | 32,196.45 | 35,556.63 | 30,747.04 | 0.00 | 0.00 | 0.00 | 98,500.12 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 508.75 | 16,335.22 | 13,187.44 | 0.00 | 0.00 | 0.00 | 30,031.41 |
| INTEREST EXPENSE | | 6,706.46 | 6,706.46 | | | | 13,412.92 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | 6,070.26 | 6,070.26 | | | | 12,140.52 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 12,776.72 | 12,776.72 | 0.00 | 0.00 | 0.00 | 25,553.44 |
| NET INCOME BEFORE TAXES | 508.75 | 3,558.50 | 410.72 | 0.00 | 0.00 | 0.00 | 4,477.97 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $508.75 | $3,558.50 | $410.72 | $0.00 | $0.00 | $0.00 | $4,477.97 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
* *Footnote Mandatory. Required escrow payment to to Secured Lienholder (Mortgage) - Wells Fargo*
** *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

MOR-6

Revised 07/01/98

CASE NAME: DAUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Oct-10 | MONTH Nov-10 | MONTH Dec-10 | MONTH | MONTH | MONTH | FILING TO DATE 10-31-2010 |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $0.00 | $508.75 | $4,067.25 | $4,477.97 | $4,477.97 | $4,477.97 | $0.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 24,885.40 | 31,714.75 | 32,363.97 | | | | 88,964.12 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | 7,819.80 | 8,685.85 | 11,570.51 | | | | 28,076.16 |
| TOTAL RECEIPTS** | 32,705.20 | 40,400.60 | 43,934.48 | 0.00 | 0.00 | 0.00 | 117,040.28 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | 11,491.25 | | | | | 11,491.25 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 3,774.23 | 4,651.45 | 5,783.91 | | | | 14,209.59 |
| 8. PAYROLL TAXES PAID | 94.60 | 690.11 | 1,433.54 | | | | 2,218.25 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | 12,776.72 | 12,776.72 | | | | 25,553.44 |
| 11. UTILITIES & TELEPHONE | 8,189.55 | 13,483.97 | 12,719.00 | | | | 34,392.52 |
| 12. INSURANCE | | | 4,382.00 | | | | 4,382.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | 154.30 | | | | | 154.30 |
| 15. TRAVEL & ENTERTAINMENT | | 349.94 | | | | | 349.94 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 15,506.78 | 3,929.02 | 3,609.80 | | | | 23,045.60 |
| 17. ADMINISTRATIVE & SELLING | 4,631.29 | 12,297.84 | 2,818.79 | | | | 19,747.92 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 32,196.45 | 48,333.35 | 43,523.76 | 0.00 | 0.00 | 0.00 | 124,053.56 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 32,196.45 | 48,333.35 | 43,523.76 | 0.00 | 0.00 | 0.00 | 124,053.56 |
| 22. NET CASH FLOW | 508.75 | 3,558.50 | 410.72 | | | | 4,477.97 |
| 23. CASH - END OF MONTH (MOR-2) | $508.75 | $4,067.25 | $4,477.97 | $4,477.97 | $4,477.97 | $4,477.97 | $4,477.97 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF Dec-10

| BANK NAME | CHASE | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | #: 854580865 | # | | # | | |
| ACCOUNT TYPE | OPERATING | | PAYROLL | | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 12,386.73 | | 0.00 | | 0.00 | 0.00 | $12,386.73 |
| DEPOSITS IN TRANSIT | 0.00 | | 0.00 | | 0.00 | 0.00 | $0.00 |
| OUTSTANDING CHECKS | 11,435.05 | | 0.00 | | 0.00 | 0.00 | $11,435.05 |
| ADJUSTED BANK BALANCE | $951.68 | | $0.00 | | $0.00 | $0.00 | $951.68 |
| BEGINNING CASH - PER BOOKS | 4,067.25 | | | | | | $4,067.25 |
| RECEIPTS* | 43,934.48 | | | | | | $43,934.48 |
| TRANSFERS BETWEEN ACCOUNTS | 0 | | | | | | |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | -43,523.76 | | | | | | ($43,523.76) |
| ENDING CASH - PER BOOKS | $4,477.97 | | | | | $0.00 | $4,477.97 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Oct-10 | MONTH Nov-10 | MONTH Dec-10 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. NONE | 0.00 | 0.00 | 0.00 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | | | $0.00 |

| PROFESSIONALS | MONTH Oct-10 | MONTH Nov-10 | MONTH Dec-10 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. NONE | 0.00 | 0.00 | 0.00 | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | | | $0.00 |

MOR-9

*Revised 07/01/98*