# UNITED STATES BANKRUPTCY COURT

**MOR-1**

| | |
|---|---|
| CASE NAME: | D'AUR PROPERTIES, LLC |
| CASE NUMBER: | 10-39034-45-11 |
| PROPOSED PLAN DATE: | 5/15/2011 |

| | |
|---|---|
| PETITION DATE: | 10/4/2010 10:29 |
| DISTRICT OF TEXAS: | SOUTHERN |
| DIVISION: | HOUSTON |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH: APRIL          YEAR 2011

| MONTH | Apr-11 | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 46,316.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 12,242.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 1,658.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 44,657.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | EXP. DATE | | CIRCLE ONE |
|---|---|---|---|---|
| AS OF SIGNATURE DATE | | | Are all accounts receivable being collected within terms? | Yes  No |
| CASUALTY | YES (x) NO ( ) | 01-01-2011 | Are all post-petition liabilities, including taxes, being paid within terms? | Yes  No |
| LIABILITY | YES (x) NO ( ) | 01-01-2011 | Have any pre-petition liabilities been paid? | Yes  No |
| VEHICLE    N/A | YES ( ) NO ( ) | | If so, describe |  |
| WORKER'S | YES (x) NO ( ) | 01-01-2011 | Are all funds received being deposited into DIP bank accounts? | Yes  No |
| OTHER | YES (x) NO ( ) | 01-01-2011 | Were any assets disposed of outside the normal course of business? | Yes  No |
| | | | If so, describe | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes  No |
| | | | What is the status of your Plan of Reorganization? | |

| | |
|---|---|
| ATTORNEY NAME: | CALVIN BRAUN |
| FIRM NAME: | ORLANDO & BRAUN |
| ADDRESS: | 3401 ALLEN PARKWAY |
| | SUITE 101 |
| CITY, STATE, ZIP: | HOUSTON, TEXAS 77019 |
| TELEPHONE/FAX: | 713-521-0800 / 713-521-0842 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED: _[signature]_ TITLE: _____ Debtor
          (ORIGINAL SIGNATURE)

WALDEN DAVIS, JR.                    05-20-2011
(PRINT NAME OF SIGNATORY)            DATE

**MOR-1**                            Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 10/4/2010 0:00 | MONTH 3/31/2010 0:00 | MONTH 4/30/2011 0:00 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 0.00 | 3,582.08 | 5,240.73 | | | | |
| Accounts Receivable, Net | 0.00 | 3,532.24 | 3,848.59 | | | | |
| Inventory: Lower of Cost or Market | 7,500.00 | 7,500.00 | 7,500.00 | | | | |
| Prepaid Expenses | 1,140.00 | 1,140.00 | 1,140.00 | | | | |
| Investments | 0.00 | 0.00 | 0.00 | | | | |
| Other | 0.00 | 0.00 | 0.00 | | | | |
| TOTAL CURRENT ASSETS | 8,640.00 | 15,754.32 | 17,729.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 2,615,000.00 | 3,015,000.00 | 1,715,000.00 | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | 0.00 | | | | |
| NET BOOK VALUE OF PP & E | 2,615,000.00 | 3,015,000.00 | 1,715,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 3,189.22 | 655.07 | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | | | | |
| 3. Electric Deposit | 11,000.00 | 11,000.00 | 11,000.00 | | | | |
| 4. | 0.00 | 0.00 | 0.00 | | | | |
| TOTAL ASSETS | $2,634,640.00 | $3,044,943.54 | $1,744,384.39 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 10/4/2010 0:00 | MONTH 3/31/2011 0:00 | MONTH 4/30/2011 0:00 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 1,336,749.77 | 1,367,378.45 | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 1,301,670.36 | 0.00 | 0.00 | | | | |
| Priority Debt | 0.00 | 0.00 | 0.00 | | | | |
| Federal Income Tax | 0.00 | 240.00 | 222.43 | | | | |
| FICA/Withholding | 0.00 | 825.88 | 442.59 | | | | |
| Unsecured Debt | 14,339.94 | 19,490.80 | 54,469.65 | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 1,316,010.30 | 20,556.68 | 55,134.67 | | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 1,316,010.30 | 1,357,306.45 | 1,422,513.12 | | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | | | | |
| COMMON STOCK | 0.00 | 0.00 | 0.00 | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 41,931.25 | | | | |
| RETAINED EARNINGS: Filing Date | 1,318,629.70 | 1,684,055.11 | 1,318,629.70 | | | | |
| RETAINED EARNINGS: Post Filing Date | | 1,658.65 | 0.00 | 1,658.65 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,318,629.70 | 1,685,713.76 | 1,360,560.95 | 1,658.65 | | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $2,634,640.00 | $3,043,020.21 | $2,783,074.07 | $1,658.65 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| | 4-30-201 | | | | | |
| *TRADE ACCOUNTS PAYABLE* | 54,469.55 | | | | | |
| *TAX PAYABLE* | | | | | | |
| Federal Payroll Taxes | 655.07 | | | | | |
| State Payroll Taxes | 0.00 | | | | | |
| Ad Valorem Taxes | 0.00 | | | | | |
| Other Taxes | 0.00 | | | | | |
| TOTAL TAXES PAYABLE | 655.07 | 0.00 | 0.00 | 0.00 | 0.00 | |
| SECURED DEBT POST-PETITION | 1,301,670.04 | | | | | |
| ACCRUED INTEREST PAYABLE | 6,613.65 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Mortgage Escrow Payments to Secured Lender | 3,970.14 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $1,367,378.45 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## AGING OF POST-PETITION LIABILITIES
MONTH Apr-11

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 14,730.07 | 14,075.00 | 655.07 | 0.00 | 0.00 | |
| 31-60 | 40,394.65 | 40,394.65 | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $55,124.72 | $54,469.65 | $655.07 | $0.00 | $0.00 | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 3,067.84 | | | | | |
| 31-60 DAYS | 780.75 | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | | | | | | |
| TOTAL | $3,848.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## STATEMENT OF INCOME (LOSS)

| | MONTH Apr-11 | MONTH May-11 | MONTH Jun-11 | MONTH Jul-11 | MONTH Aug-11 | MONTH Sep-11 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 46,316.07 | | | | | | 46,316.07 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 46,316.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,316.07 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 16,350.72 | | | | | | 16,350.72 |
| Insiders Compensation | 0.00 | | | | | | 0.00 |
| Professional Fees | 0.00 | | | | | | 0.00 |
| Other: Repairs, Maintenance, Contract Labo | 4,940.44 | | | | | | 4,940.44 |
| Other: Utilities (Water, Sewer, Wast Mgmnt | 12,782.47 | | | | | | 12,782.47 |
| TOTAL OPERATING EXPENSES | 34,073.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 34,073.63 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 12,242.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,242.44 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | 6,613.65 | | | | | | 6,613.65 |
| OTHER ITEMS** | 3,970.14 | | | | | | 3,970.14 |
| TOTAL INT, DEPR & OTHER ITEMS | 10,583.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,583.79 |
| NET INCOME BEFORE TAXES | 1,658.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,658.65 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $1,658.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,658.65 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: D'AUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Apr-11 | MONTH May-11 | MONTH Jun-11 | MONTH Jul-11 | MONTH Aug-11 | MONTH Sep-11 | FILING TO DATE 04-30-2011 |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $3,582.08 | $5,240.73 | $5,240.73 | $5,240.73 | $5,240.73 | $5,240.73 | $3,582.08 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 38,023.35 | | | | | | 38,023.35 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 2,751.49 | | | | | | 2,751.49 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 5,541.23 | | | | | | 5,541.23 |
| TOTAL RECEIPTS** | 46,316.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,316.07 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 7,593.92 | | | | | | 7,593.92 |
| 8. PAYROLL TAXES PAID | 2,263.51 | | | | | | 2,263.51 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 10,583.79 | | | | | | 10,583.79 |
| 11. UTILITIES & TELEPHONE | 12,782.47 | | | | | | 12,782.47 |
| 12. INSURANCE | 2,999.06 | | | | | | 2,999.06 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 4,940.44 | | | | | | 4,940.44 |
| 17. ADMINISTRATIVE & SELLING | 3,494.23 | | | | | | 3,494.23 |
| 18. OTHER (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 44,657.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,657.42 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 44,657.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,657.42 |
| 22. NET CASH FLOW | 1,658.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,658.65 |
| 23. CASH - END OF MONTH (MOR-2) | $5,240.73 | $5,240.73 | $5,240.73 | $5,240.73 | $5,240.73 | $5,240.73 | $5,240.73 |

* Applies to Individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: DAUR PROPERTIES, LLC
CASE NUMBER: 10-39034-45-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF Apr-11

| BANK NAME | CHASE | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 854580865 | # | | # | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 9,644.36 | | | | $9,644.36 |
| DEPOSITS IN TRANSIT | -4,402.64 | | | | ($4,402.64) |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $5,241.72 | | $0.00 | $0.00 | $5,241.72 |
| BEGINNING CASH - PER BOOKS | 3,582.08 | | | | $3,582.08 |
| RECEIPTS* | 46,317.06 | | | | $46,317.06 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 44,657.42 | | | | $44,657.42 |
| ENDING CASH - PER BOOKS | $5,241.72 | | $0.00 | $0.00 | $5,241.72 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

**CASE NAME:** D'AUR PROPERTIES, LLC
**CASE NUMBER:** 10-39034-45-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Apr-11 | MONTH May-11 | MONTH Jun-11 | MONTH Jul-11 | MONTH Aug-11 | MONTH Sep-11 |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH Apr-11 | MONTH May-11 | MONTH Jun-11 | MONTH Jul-11 | MONTH Aug-11 | MONTH Sep-11 |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*